IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 4:06cr38WA

SCOTTLAND ROCHE STEWART

## MOTION TO DISMISS INDICTMENT

COMES NOW the United States of America, by and through Jack B. Lacy, Jr., an Assistant United States Attorney, and respectfully moves the Court pursuant to Rule 48(a), Fed. R. Crim. Pro., to dismiss with prejudice the indictment in the above styled and numbered cause, and for cause advises the Court that the proof herein is legally insufficient as to the complaining witnesses.

Respectfully,

DUNN LAMPTON
United States Attorney

By:   s/s Jack B. Lacy, Jr.
Assistant U. S. Attorney
MSB No. 1757

## ORDER DISMISSING INDICTMENT

BY LEAVE OF COURT endorsed hereon, the Court grants the Government's motion and dismisses the indictment in the above styled and numbered cause with prejudice.

SO ORDERED this the 11th day of January, 2007.

_____
CHIEF UNITED STATES DISTRICT JUDGE